IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 6:25-CR-00030-JDK |
| v. § | |
| § | |
| § | |
| DALTON BRADSHAW § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Dalton Bradshaw be sentenced as follows. As to the violation of his supervised release with regard to his conviction for count 1, he is sentenced to 12 months and 1 day imprisonment with 12 months supervised release to follow. As to the violation of supervised release with regard to his conviction for count 2, he is sentenced to 12 months and 1 day imprisonment with 12 months supervised release to follow. These

1

sentences are to run concurrently. The court recommends to the Bureau of Prisons that Defendant serve his sentences at FCI Texarkana, Texas.

So **ORDERED** and **SIGNED** this **15th** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE